# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JULY 16, 2025

---

## NO. 03-25-00357-CV

---

**Candy Carol Coleman, Appellant**

**v.**

**Teddy Joshua Coleman, Appellee**

---

**APPEAL FROM THE 423RD DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the order signed by the trial court on March 19, 2025. Candy Carol Coleman has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.